1  LAWRENCE G. BROWN
   Acting United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   1:09-CV-01305-OWW-DLB
                                   )
12         Plaintiff,              )   **APPLICATION AND ORDER FOR**
                                   )   **PUBLICATION**
13    v.                           )
                                   )
14 2001 PETERBILT 387 TRUCK,       )
   CALIFORNIA LICENSE NO. UP50369, )
15                                 )
                                   )
16         Defendant.              )
                                   )
17 _____ )

18      The United States of America, Plaintiff herein, applies for an order of publication as

19 follows:

20      1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

21 Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

22 notice of the action and arrest to be given in a newspaper of general circulation or on the official

23 internet government forfeiture site;

24      2.   Local Rule 83-171, Eastern District of California, provides that the Court shall

25 designate by order the appropriate newspaper or other vehicle for publication;

26      3.   The defendant 2001 Peterbilt 387 Truck, California License No. UP50369,

27 (hereafter "defendant vehicle") was seized in the city of Fresno, California, and is in the custody

28 of the U.S. Marshals Service, Eastern District of California.  The Drug Enforcement

Administration ("DEA") published notice of the nonjudicial forfeiture of the defendant vehicle on April 6, 13, and 20, 2009, in the *Wall Street Journal*.

    4.    Plaintiff proposes that publication be made as follows:

        a.    One publication;

        b.    Thirty (30) consecutive days;

        c.    On the official internet government forfeiture site www.forfeiture.gov;

        d.    The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the arrest/seizure;

            (3)    The identity and/or description of the property arrested/seized;

            (4)    The name and address of the attorney for the Plaintiff;

            (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: July 28, 2009                             LAWRENCE G. BROWN
                                                        Acting United States Attorney

                                                        /s/ Deanna L. Martinez
                                                        DEANNA L. MARTINEZ
                                                        Assistant United States Attorney

ORDER

IT IS SO ORDERED.

**Dated:   July 29, 2009**                               /s/ Oliver W. Wanger
                                                        UNITED STATES DISTRICT JUDGE