BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-01305-OWW-SMS |
| Plaintiff, | **STIPULATION TO STAY CASE AND TO VACATE SCHEDULING CONFERENCE; ORDER THEREON** |
| v. | |
| 2001 PETERBILT 387 TRUCK, CALIFORNIA LICENSE NO. UP50369, | |
| Defendant. | |

It is hereby stipulated by and between Plaintiff United States of America and Claimants Mohammed Gass Hersi and Nimo Mohammed Gass Hersi, by and through their respective counsels, for the above-entitled forfeiture action, as follows:

1. Claimant Mohammed Gass Hersi is presently facing federal criminal charges in the Eastern District of California, *U.S. v. Mohammed Gass Hersi*, 1:09-CR-00057-OWW , allegedly relating to transactions or events which form the basis for this civil forfeiture action;

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related-criminal case and/or upon Claimant Mohammed Gass Hersi's right against self-incrimination in the related federal criminal case;

3. Publication of the civil forfeiture action has been completed and to date only Mohammed Gass Hersi and Nimo Mohammed Gass Hersi have filed a claim and answer, or

otherwise appeared in this action, and the time for which any other persons or entities to file a claim or answer has expired.

THEREFORE, the parties to this action stipulate as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action shall be stayed pending the conclusion of the federal criminal action presently pending against Mohammed Gass Hersi in the Eastern District of California.

2. The Scheduling Conference in the civil case scheduled for December 2, 2009, at 8:15 a.m. in Courtroom #3 before District Judge Oliver W. Wanger be vacated.

3. The parties are to promptly notify the Court when the criminal case resolves.

IT IS SO STIPULATED.

Date: November 23, 2009　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　 /s/ Deanna L. Martinez
　　　　　　　　　　　　　　　　　　　　DEANNA L. MARTINEZ
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Date: 11/18/09　　　　　　　　　　　　　 /s/ Mark W. King
　　　　　　　　　　　　　　　　　　　　MARK W. KING
　　　　　　　　　　　　　　　　　　　　Attorney for Claimants
　　　　　　　　　　　　　　　　　　　　Mohammed Gass Hersi and
　　　　　　　　　　　　　　　　　　　　Nimo Mohammed Gass Hersi

　　　　　　　　　　　　　　　　　　　　(original signature retained by attorney)

**　　　　IT IS SO ORDERED.**

**Dated:   November 23, 2009**　　　　　　　 /s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE